<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-2125**

STEPHEN E. BRUNS,

       Plaintiff - Appellant,

   v.

JOHN E. POTTER, Postmaster General, U.S. Postal Service,

       Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge. (1:06-cv-01076-JFM)

Submitted:  December 16, 2008     Decided:  January 8, 2009

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas James Gagliardo, THE GAGLIARDO LAW FIRM, Silver Spring, Maryland, for Appellant.  Rod J. Rosenstein, United States Attorney, Ariana Wright Arnold, Assistant United States Attorney, Baltimore, Maryland, for Appellee

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen E. Bruns appeals the district court's order granting summary judgment in favor of Defendant on Bruns' claim of retaliation, in violation of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See</u> <u>Bruns v. Potter</u>, No. 1:06-cv-01076-JFM (D. Md. Aug. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>